# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| TROY OLMSTED, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 08-cv-438-bbc |
| v. | |
| MONICA HORNER, SARA MASON and ROBERT HABLE; all in their official and personal capacities, | |
| Defendants. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____      _____9/3/08_____
**by Deputy Clerk**                                                              Date